UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLENE EWING,
et al.,

      Plaintiffs,

v.                                Case No.: 8:20-cv-00702-AAS

UNITED STATES OF
AMERICA,

      Defendant.
_____/

## ORDER

The parties filed a joint motion to suspend all case deadlines to continue settlement discussions. The parties also request the court set a case management conference in sixty days. (Doc. 61). The court finds good cause exists to allow the suspension and set a case management conference. Therefore, the parties' joint motion (Doc. 61) is **GRANTED**. The remaining deadlines in the Second Amended Case Management and Scheduling Order (Doc. 60) are **SUSPENDED**. The court will reach out to counsel for the parties to schedule a case management conference on a mutually agreed date.

**ORDERED** in Tampa, Florida on January 7, 2025.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

2